# Exhibit U

Seth Rosenfeld
P.O. Box 421,892
San Francisco, CA 94142-1892


November 11, 2010


BY CERTIFIED MAIL and FAX TO 540-868-4995


Mr. David M. Hardy
Section Chief - Record/Information Dissemination Section
Records Management Division - FBI HQ
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

       Re: 1130210-000, FBI HQ and SF FO
         1156279-000

       Aoki, Richard Masato

Dear Mr. Hardy:

This letter concerns the above referenced FOIA request and your two letters to me dated November 1, 2010.

In the letter concerning 1156279-000, you state that this request address only abstracts, and that 1130210-000 will address index cards and search slips.

I wish to make the following points:

1) My initial request to you dated May 5, 2009, specifically requested "any and all records in anyway concerning Richard Masato Aoki." It specified index cards, and abstracts.

2) Further, the above initial request also specified main files. However, as noted in my October 14, 2010 letter to you, the FBI released NO main files at all.

Moreover, neither of your November 1, 2010 letters addresses main files or even mentions them.

1

Clearly, main files, index cards and abstracts were all properly requested and should have been processed. Instead, the FBI closed this request without processing them.

I believe the FBI's failure to properly respond to the clearly and properly submitted FOIA request of My 5, 2009 is either an intentional or negligent violation of the FOIA.

I request, again, that you immediately release all specified non-exempt records.

If you cannot release them now, please promptly write me stating when you reasonably expect to release all non-exempt records, including main files, abstracts and index cards.

Please provide an estimate of the number of pages of main files, by file number, as well.

Please also explain why the FBI ignored the specifics of my request and did not process the requested records in the first instance.

Thank you very much.

Very truly yours,


Seth Rosenfeld

2