```
Benjamin W. Stein, SBN 260074
LAW OFFICES OF BENJAMIN STEIN
221 Fairmount Ave. #4
Oakland, CA 94611
Phone: (415) 533-6958
Facsimile: None
b.wolf.stein@gmail.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD<br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:11-cv-02131-MEJ<br><br>STIPULATION TO EXTEND DATE OF INITIAL CASE MANAGEMENT CONFERENCE; AND [proposed] ORDER |

  Plaintiff SETH ROSENFELD and Defendants FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE ("Stipulating Parties") stipulate through their respective counsel as follows:

---

1

Case No. 3:11-cv-02131-MEJ
STIPULATION TO EXTEND DATE OF INITIAL CASE MANAGEMENT

Whereas, the Case Management Statement and Case Management Conference are scheduled for August 4, 2011 and August 11, 2011, respectively; and,

Whereas attorney for Plaintiff will be unable to attend Case Management Conference; and

Whereas there have been no previous time modifications in this case; and

Whereas delaying the Case Management Conference by 30 days will prejudice none of the Stipulating Parties;

THEREFORE, the Stipulating Parties stipulate and agree to request an extension of the Case Management Conference and Case Management Statement by 30 days and request the Court reschedule as the Case Management Conference at a time of its choosing. The Stipulating Parties propose September 1, 2011 or September 22, 2011 as acceptable alternative dates, with case management statement due seven (7) days prior.

Case No. 3:11-cv-02131-MEJ
STIPULATION TO EXTEND DATE OF INITIAL CASE MANAGEMENT

```
 1
 2
 3   DATED: July 6, 2011            Respectfully submitted,
 4                                  By: _____[signature]_____
 5
                                    Benjamin W Stein
 6                                  Attorney for Plaintiff
                                    SETH ROSENFELD
 7
 8                                  By: _____/s/ Ila Deiss_____
 9
                                    Ila C. Deiss
10                                  Attorney for Defendants
                                    FEDERAL BUREAU OF INVESTIGATION
11                                  AND UNITED STATES DEPARTMENT OF JUSTICE
12
13
...
28
```

3

Case No. 3:11-cv-02131-MEJ
STIPULATION TO EXTEND DATE OF INITIAL CASE MANAGEMENT

```
Benjamin W. Stein, SBN 260074
LAW OFFICES OF BENJAMIN STEIN
221 Fairmount Ave. #4
Oakland, CA 94611
Phone: (415) 533-6958
Facsimile: None
b.wolf.stein@gmail.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD | Case No. 3:11-cv-02131-MEJ |
| Plaintiff, | |
| vs. | [proposed] ORDER |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | Action Filed: July 6 2011 |
| Defendants. | |

1

[proposed] ORDER

**ORDER**

By stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED;

Case management conference scheduled for August 11 2011 is rescheduled for September 22, 2011 at 10:00 a.m. with case management statement due seven (7) days prior on September 15, 2011.

IT IS SO ORDERED.

Dated: July 7 2011

_____
Chief Magistrate Judge
Maria-Elena James