MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7124
      FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD, | Case No. C 11-02131-MEJ |
| Plaintiff, | |
| v. | **JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS AND [PROPOSED] ORDER** |
| FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site < www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities; and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that the Court order Defendant to provide

ADR Joint Motion
C 11-02131-MEJ

1  Plaintiff with the information he seeks.  Given the substance of the action, ADR will only serve
2  to multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to
3  ADR L.R. 3-3(c), the parties request that the case be removed from the ADR Multi-Option
4  Program and that they be excused from participating in the ADR phone conference and any
5  further formal ADR process.  The parties agree to continue informal discussions.

7  Dated: September 2, 2011              Respectfully Submitted,

8                                        MELINDA HAAG
                                         United States Attorney

10                                              /s/
                                         _____
11                                       ILA C. DEISS, AUSA[1]
                                         Attorney for Defendant

13  Dated: September 2, 2011                    /s/
                                         _____
                                         BENJAMIN W. STEIN
                                         Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS SO ORDERED.  The parties are hereby excused from the ADR process.

Dated: September 6, 2011
                                         _____
                                         MARIA ELENA JAMES
                                         United States Chief Magistrate Judge

---

27  [1] I, Ila C. Deiss, hereby attest, in accordance with the Northern District of California's
28  General Order No. 45, Section X(B), the concurrence in the filing of this document has been
    obtained from the other signatory listed on this document.

ADR Joint Motion
C 11-02131-MEJ                              2