UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SETH ROSENFELD, | No. C 11-2131 MEJ |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

Upon review of the parties' Joint Case Management Statement, the Court VACATES the September 29, 2011 c.m.c. and establishes the following briefing schedule for the parties cross-motions for summary judgment:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | November 17, 2011 |
| Plaintiff's Cross-Motion and Opposition | December 1, 2011 |
| Defendants' Cross-Opposition and Reply | December 15, 2011 |
| Plaintiff's Reply | December 29, 2011 |
| Hearing: | January 12, 2012 |

**IT IS SO ORDERED.**

Dated: September 21, 2011

Maria-Elena James
Chief United States Magistrate Judge