```
Benjamin W. Stein, SBN 260074
LAW OFFICES OF BENJAMIN STEIN
221 Fairmount Ave. #4
Oakland, CA 94611
Phone: (415) 533-6958
Facsimile: None
b.wolf.stein@gmail.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD ) | Case No. 3:11-cv-02131-MEJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | UNOPPOSED REQUEST FOR AN |
| ) | ORDER CHANGING TIME; AND |
| ) | [proposed] ORDER |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION and UNITED ) | |
| STATES DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

   Plaintiff SETH ROSENFELD files this UNOPPOSED REQUEST FOR ORDER EXTENDING TIME.

1

1     Whereas, this Court on December 2, 2011, granted the STIPULATED REQUEST FOR ORDER CHANGING TIME ("motion"), which extended the filing date SEVEN (7) days from the originally scheduled filing date of December 1, 2011; and,

    Whereas, in filing the STIPULATED REQUEST FOR ORDER CHANGING TIME dated November 30, 2011, which the Court granted, Plaintiff's counsel inadvertently calculated the date for the reset motion as December 7, 2011, instead of December 8, 2011; and

    Whereas, all motions in this case have been due on Thursdays, and December 7 was a Wednesday only SIX (6) days after the original filing date; and

    Whereas Defendant's counsel has stated by email that she does not oppose this request; and

    Whereas previously the parties agreed to extend the time of the Case Management Conference, and the parties agreed to extend the time for the motions for summary judgment; and

    Whereas delaying the Motion for Summary Judgment by 1 day from the date incorrectly calculated by Plaintiff's counsel will prejudice none of the parties, and will not affect any other filing date in the action;

    THEREFORE, pursuant to Civil Local Rule (6-2), Plaintiff counsel requests an unopposed extension of Plaintiff's Cross-Motion for Summary Judgment and Opposition by 1 day, to be filed by December 8, 2011.

Case No. 3:11-cv-02131-MEJ
UNOPPOSED REQUEST FOR AN ORDER CHANGING TIME; AND [proposed] ORDER

DATED: December 8, 2011                    Respectfully submitted,


                                By: _____/s/ Benjamin Stein_____

                                Benjamin W. Stein
                                Attorney for Plaintiff
                                SETH ROSENFELD

Case No. 3:11-cv-02131-MEJ

UNOPPOSED REQUEST FOR AN ORDER CHANGING TIME; AND [proposed] ORDER

Benjamin W. Stein, SBN 260074
LAW OFFICES OF BENJAMIN STEIN
221 Fairmount Ave. #4
Oakland, CA 94611
Phone: (415) 533-6958
Facsimile: None
b.wolf.stein@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SETH ROSENFELD | ) | Case No. 3:11-cv-02131-MEJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [proposed] ORDER |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Order**

By request of Plaintiff counsel and unopposed by Defendants' counsel and good cause appearing therefore, IT IS HEREBY ORDERED;

Plaintiff's Cross Motion and Opposition scheduled for December 7, 2011 is rescheduled for December 8, 2011.

IT IS SO ORDERED.

Dated  Deceember 15, 2011

_____

Chief Magistrate Judge

Maria-Elena James

Case No. 3:11-cv-02131-MEJ

UNOPPOSED REQUEST FOR AN ORDER CHANGING TIME; AND [proposed] ORDER