MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. C 11-02131-MEJ <br><br> **STIPULATION TO RESET HEARING DATE AND [PROPOSED] ORDER** <br><br> Date: January 26, 2012 <br> Time: 10:00a.m. |

    Subject to the Court's approval, the Plaintiff, Seth Rosenfeld and the Defendants, the Federal Bureau of Investigation and United States Department of Justice, hereby agree pursuant to Civ Local Rule 6-2 and stipulate to reset the parties Cross-Motions for Summary Judgment hearing date currently set for January 26, 2012 at 10:00a.m. to **Thursday, February 9, 2012 at 10:00a.m.** to allow the Court time to obtain the necessary clearance to view classified records.

Stipulation to Reset Hearing and [Proposed] Order
C 11-2131-MEJ

1  Dated: January 17, 2012                        Respectfully submitted,

2                                                  MELINDA HAAG
                                                   United States Attorney
3

4                                                           /s/
                                                   _____
                                                   ILA C. DEISS
5                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
6

7
   Dated: January 17, 2012                                  /s/
                                                   _____
8                                                  BENJAMIN STEIN
                                                   Attorney for Plaintiff
9

10

11
                            **[PROPOSED]** **ORDER**
12
         Pursuant to the stipulation, IT IS SO ORDERED.
13

14  Dated:                                         _____
                                                   MARIA-ELENA JAMES
15                                                 Chief United States Magistrate Judge