UNITED STATES DISTRICT COURT

Northern District of California

SETH ROSENFELD,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE,

    Defendants.

No. C 11-2131 MEJ

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

The Court has reviewed the parties' briefs in connection with their cross-motions for summary judgment. The last brief submitted to the Court was "Plaintiff's Reply to Defendant's Opposition," which was filed on January 5, 2012. Dkt. No. 28. It shows that the parties disagree about which issues are now moot. Plaintiff also raises several new arguments in its brief. The Court finds that it will be helpful for the parties to file supplemental briefs to clarify which issues are still in dispute as well as respond to newly-raised arguments. Accordingly, Defendant shall file a supplemental brief, no longer than five pages, by January 30, 2012. Plaintiff shall respond with a supplemental brief, no longer than five pages, by February 6, 2012. Along with their supplemental briefs, both parties shall file revised proposed orders that specifically outline the relief they seek from the Court. The Court encourages the parties to continue to meet and confer in good faith in an attempt to narrow the issues that need to be decided. If any resolutions are reached after the supplemental briefs are filed, the parties shall notify the Court.

The hearing on this matter, recently moved to February 9, 2012, is **VACATED**. After the Court receives security clearance, it will review the parties' filings and the declaration at issue. If the Court finds that a hearing is necessary, it will schedule one at that time.

**IT IS SO ORDERED.**

Dated: January 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge