UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SETH ROSENFELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-2131 MEJ<br><br>**ORDER SCHEDULING PARTIES TO MEET AND CONFER ON NOVEMBER 14, 2012** |

The Court has reviewed the parties' October 4, 2012 joint statement regarding the status of this matter. Because it appears that both parties (and particularly Plaintiff) plan to raise numerous issues by way of cross motions for summary judgment, the Court finds that requiring the parties to meet and confer in person regarding these disputed issues will help resolve them, or at least some of them, in a more efficient and inexpensive manner. The parties are therefore ORDERED to appear in **Courtroom B** on the 15th Floor of 450 Golden Gate Avenue, San Francisco, California on **November 14, 2012** at **10:00 a.m.** for an in person meet and confer session. Both parties should be prepared to discuss any pending issues that they believe may potentially be briefed in a motion for summary judgment. The Court will not permit any dispute to be raised during summary judgment that was not specifically discussed at this meet and confer session unless a party can establish good cause for not raising the particular issue.

**IT IS SO ORDERED.**

Dated: November 1, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge