MELINDA HAAG
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
ILA C. DEISS (NY Bar No. 3052909)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Fax: (415) 436-7169
    Ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD, ) | Case No. C 11-2131 MEJ |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION TO EXTEND DATE OF MEET AND CONFER; AND [PROPOSED] ORDER** |
| FEDERAL BUREAU OF INVESTIGATION, AND UNITED STATES DEPARTMENT OF JUSTICE, ) | |
|     Defendants. ) | |

On November 1, 2012, the Court ordered the parties to meet and confer in person on November 14, 2012. (ECF No. 45). Defendants are not available on that date. Thus, Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to extend the date of the meet and confer currently scheduled for November 14, 2012 at 10:00 a.m. to November 20, 2012 at 10:00 a.m. in Courtroom B on the 15th floor.

///

///

Stip to Ext Date of Meet and Confer
C 11-2131 MEJ

Dated: November 6, 2012                Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated: November 6, 2012                _____/s/_____
                                              BENJAMIN WOLF STEIN
                                              Attorney for Plaintiff

                                                            ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Dated:   November 7, 2012         _____
                                             MARIA-ELENA JAMES
                                             Chief United States Magistrate Judge