UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SETH ROSENFELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants._____/ | No. C 11-2131 MEJ<br><br>**STATUS ORDER** |

The parties shall file a joint status report by September 19, 2013.

**IT IS SO ORDERED.**

Dated: August 30, 2013

_____
Maria-Elena James
United States Magistrate Judge