Joel Mark Feinstein
Chris T Nguyen
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
(949) 419-8912
Fax: (888) 900-5155
Email: jfeinstein@joelfeinsteinlaw.com

Attorneys for Plaintiff Jeffery Low

Eric D. Houser, Esq. (SBN 130079)
John P. Ward (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
E-mail: jward@houser-law.com

Attorneys for Defendant Ocwen Loan Servicing, LLC

GRANTED
Judge Maria-Elena James

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY LOW, an individual | Case No. 3:13-cv-02133-MEJ |
| Plaintiff, | Hon. Maria-Elena James |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |
| OCWEN LOAN SERVICING, LLC; and DOES 1-10 inclusive, | |
| Defendants. | |

Plaintiff Jeffrey Low ("Plaintiff") and defendant Ocwen Loan Servicing, LLC ("Defendant"), by and through their undersigned counsel of record, hereby respectfully stipulate as follows:

Plaintiff and Defendant hereby jointly stipulate to dismissal with prejudice of all claims made in this action, based on the written settlement agreement entered into by the parties.

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))

| | | |
|---|---|---|
| 1 | Dated November 5, 2013 | **Law Offices of Joel M. Feinstein** A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | /s/Joel M. Feinstein |
| 5 | | Joel M. Feinstein, Attorney for Plaintiff Jeffrey Low |
| 6 | | |
| 7 | Dated:  November 5, 2013 | **HOUSER & ALLISON** A Professional Corporation |
| 8 | | |
| 9 | | |
| 10 | | /s/ John P. Ward |
| 11 | | John P. Ward Attorney for Defendant Ocwen Loan Servicing, LLC |
| 12 | | |

```
This case is hereby DISMISSED WITH PREJUDICE.
Dated: November 8, 2013
```

*IT IS SO ORDERED*

Judge Maria-Elena James

(United States District Court, Northern District of California — seal)

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))