UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETH ROSENFELD,

      Plaintiff,

      v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

      Defendants.

No. CV11-02131 MEJ (EDL)

<u>NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for August 7, 2014, at 9:30 AM, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**<u>Updated confidential settlement conference statements shall be lodged with the Court by July 28, 2014.</u>**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: June 12, 2014



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge