MELINDA HAAG
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
ILA C. DEISS (NY Bar No. 3052909)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Fax: (415) 436-7169
    Ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, AND UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Case No.:  C 11-2131 MEJ<br><br>**STIPULATION OF DISMISSAL;**<br>**[PROPOSED] ORDER** |

    Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff hereby stipulates to the dismissal of this action with prejudice pursuant to the terms and conditions of the settlement agreement effective March 10, 2015 ("Settlement Agreement"). Plaintiff's pending Freedom of Information and Privacy Act requests with the Federal Bureau of Investigation are deemed withdrawn as specified in the Settlement Agreement.

    //

Stipulation to Dismiss
Case No.: C 11-2131 MEJ    1

1  Dated:  March 10, 2015                    Respectfully submitted,

2                                            MELINDA HAAG
                                             United States Attorney
3

4                                            _____/s/_____
                                             ILA C. DEISS
5                                            Assistant United States Attorney
                                             Attorneys for Defendants
6

7  Dated: March 10, 2015                     _____/s/_____
                                             BENJAMIN WOLF STEIN
8                                            Attorney for Plaintiff

9

10

11                                  [PROPOSED] ORDER

12 PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14
   Dated:  April 23, 2015                    _____
15                                           HONONABLE MARIA-ELENA JAMES
                                             United States Magistrate Judge
16

Stipulation to Dismiss
Case No.: C 11-2131 MEJ                  2